**FILED**

July 3, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARMANDO VASQUEZ PEREZ, )<br>)<br>_____Defendant._____ ) | Case No. CR.S-08-0292-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARMANDO VASQUEZ PEREZ, Case No. CR.S-08-0292-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $150,000.00.

        _X_ Unsecured Appearance Bond (Interim)

        _X_ Appearance Bond with Surety

        _X_ (Other) Conditions as stated on the record.

        _X_ (Other) The Defendant is ordered released forthwith under a $150,000 unsecured bond, pending the posting of secured bond paperwork by 07/10/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/03/08  at 3:45pm

By _____
Edmund F. Brennan
United States Magistrate Judge