1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   NARCISCO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-292 (LKK) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| ARMANDO VASQUEZ PEREZ | ) | |
| JAMES FLORES | ) | |
| NARCISCO MARTINEZ | ) | |
| GUADALUPE GUITIERREZ | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter came on for Status Conference on August 5, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin stood in for Attorney Jan Karowsky for Armando Vasquez Perez who was present out of custody, Attorney Danny D. Brace appeared on behalf of Defendant James Flores, who was present and out of custody, Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Narcisco Martinez, who was present in custody, and Attorney Daniel Davis appeared on behalf of Guadalupe Guitierrez, who was present and out of custody.

All parties agreed that defense counsel needs additional time for investigation, review of discovery and to prepare a defense of the case. In addition, Mr. Martinez requested new counsel.

Order After Hearing

A further status conference date of September 9, 2008, is set.  A status to ascertain counsel is set on August 12, 2008 for Mr. Martinez.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and  and Local Code T4 for preparation of counsel, from August 12, 2008, up until and including September 9, 2008.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to September 9, 2008, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that Mr. Martinez's case is scheduled for status of counsel on August 12, 2008.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and Local Code T4, the period from August 12, 2008, up to and including September 9, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel and for ascertainment of counsel for Mr. Martinez.

Dated: August 15, 2008

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT