```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-08-0292 LKK |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING |
| ) | STATUS CONFERENCE HEARING |
| v. ) | |
| ) | |
| ARMANDO VASQUEZ PEREZ, ) | |
| JAIME FLORES, ) | |
| NARCISCO MARTINEZ, and ) | |
| GUADALUPE GUTIERREZ, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter came on for a status conference on September 9, 2008, at 9:30 a.m.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America, Jan Karowsky, Esq. appeared on behalf of defendant Armando PEREZ, Danny Brace, Jr., Esq. appeared on behalf of defendant Jaime FLORES, J. Toney, Esq., appeared on behalf of defendant Narcisco MARTINEZ, and Daniel Davis, Esq. appeared on behalf of defendant Guadalupe GUTIERREZ. Defendant Narcisco MARTINEZ was present in custody and defendants PEREZ, FLORES, and GUTIERREZ were present out of custody.

/ / /

/ / /

1    Based upon the request of defense counsel and counsel for the
2 government, the Court ordered a further status conference set for
3 November 17, 2008, at 9:15 a.m.  After receiving verbal approval from
4 each defendant, the Court further ordered that the time from
5 September 9, 2008, to November 17, 2008, be excluded under the Speedy
6 Trial Act as to all defendants based upon the need for ongoing
7 defense investigation for each defendant and newly-appointed defense
8 counsel for defendant MARTINEZ to review the discovery in this matter
9 and in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv)
10 and Local Code T4.
11    Therefore, IT IS HEREBY ORDERED that:
12    (1)  A further status conference in this case is set for
13 **November 17, 2008, at 1:30 p.m.;** and
14    (2)  Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code
15 T4, the time period from September 9, 2008, up to and including
16 November 17, 2008, as to all four defendants is excluded from the
17 time computation required by the Speedy Trial Act based upon the need
18 for the ongoing defense investigation of each defendant and newly-
19 appointed counsel for defendant MARTINEZ to review and become
20 familiar with the discovery in this case and prepare the defense of
21 the defendant.

23 DATED: September 19, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT