**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,       ) | Case No.: Cr.S-08-0292-LKK |
| )                                   | |
| Plaintiff,      ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs.        ) | |
| ) | |
| Armando Perez, et.al.,       ) | DATE:   November 17, 2008 |
| ) | TIME:   1:30 p.m. |
| Defendant       ) | JUDGE:  Hon. Lawrence K. Karlton |

## FACTUAL SUMMARY

Counsel for Defendant Armando Perez needs additional time for ongoing investigation and to obtain, organize, and analyze additional information. Therefore, it is requested that the Status Conference set for November 17, 2008 at 1:30 p.m. be continued to February 3, 2009 at 9:15 a.m.. I have spoken to the prosecuting AUSA, Jason Hitt, who has no opposition to this request. In fact, he has agreed that I may sign his name to this request. All co-counsel also agree to the requested continuance.

# STIPULATION

Plaintiff, United States, and Defendants, Armando Perez, Jaime Flores, Narcisco Martinez, and Guadalupe Gutierrez, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for Status Conference to February 3, 2009 at 9:15 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of November 17, 2008, the original date set for the Status Conference, to February 3, 2009, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 in order to give Counsel for Defendants reasonable time to prepare.

**IT IS SO STIPULATED.**

DATED:   November 17, 2008

McGREGOR W. SCOTT
United States Attorney

By  /s/ Jason Hitt

Jason Hitt
Assistant U.S. Attorney
by Jan Karowsky

DATED:   November 17, 2008

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

By  /s/ Jan Karowsky

JAN DAVID KAROWSKY
Attorney for Defendant
Armando Perez

| | | |
|---|---|---|
| DATED: | November 17, 2008 | /s/ Dan Brace<br>Attorney for Defendant<br>Jaime Flores<br>By Jan Karowsky |
| DATED: | November 13, 2008 | /s/ J. Toney<br>Attorney for Defendant<br>Narcisco Martinez<br>By Jan Karowsky |
| DATED: | November 13, 2008 | /s/ Daniel Davis<br>Attorney for Defendant<br>Guadalupe Gutierrez<br>By Jan Karowsky |

**IT IS SO ORDERED.**

Dated: November 14, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT