**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Armando Perez, et.al.,<br><br>      Defendant | Case No.: Cr.S-08-0292-LKK<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  February 6, 2009<br>TIME:   1:30 p.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

### ORDER

**IT IS SO ORDERED.   Good Cause Appearing,** the status conference is continued to **May 19, 2009, at 9:15 a.m.** Time is excluded from February 6, 2009 through and including May 19, 2009 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) [reasonable time to prepare] and Local Code T4.

Dated: February 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -