1  Elena Condes (CBN 169515)
   LAW OFFICE OF ELENA CONDES
2  1010 Grayson Street, Suite Two
   Berkeley, California 94710
3  Tel: (510) 525-4243
   Fax: (510) 665-4036
4  Eml: ec@elenacondes.com

5  Attorney for Defendant
   JAIME FLORES
6

7              UNITED STATES DISTRICT COURT

8          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | No. 2:08-CR-0292 LKK |

11 |          Plaintiff,        |                      |
                                  STIPULATION TO CONTINUE
12 |     vs.                    | STATUS CONFERENCE; AND
                                  ORDER
13 | ARMANDO PEREZ, **JAIME FLORES**,
     NARCISCO MARTINEZ, AND
14 | GUADALUPE GUTIERREZ,       | Date: Aug. 4, 2009
                                  Time: 9:15 a.m.
15 |          Defendant.        | Judge: Hon. Lawrence K. Karlton

16 _____/

17                          **STIPULATION**

18

19     IT IS HEREBY STIPULATED by and between the parties, through their undersigned

20 counsel that:

21     1.   The parties have been in communication concerning the remaining discovery to be

22 provided to the defendant's from the government.

23     2.   Counsel for defendant Jaime Flores substituted into the case, effective June 9,

24 2009, and requires additional time to complete review of all the discovery, which includes

25 recorded conversations.

26     3.   Counsel for defendant, JAIME FLORES, requires additional time to review the

27 current discovery and the discovery that is forthcoming.

28

Stipulation to Continue Status Conference

1     4.    Therefore, it is requested that the Status Conference for August 4, 2009, at 9:15 a.m. be continued to October 27, 2009, at 9:15 a.m.

    5.    I have spoken with AUSA, Jason Hitt, who has no opposition to this request and I have confirmed an available date with the Court's clerk.  All co-counsel agree to the requested continuance.

    6.    That the defendants and the government's counsel agree that Time shall be excluded as the interests of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Excluding time would allow counsel for defendant the reasonable time necessary for the effective preparation, taking into account the exercise of due diligence.  Accordingly, the parties agree that time shall be excluded through the next status conference, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

    7.    Defendant's counsel contacted the government's counsel and co-defendant's counsel and received their respective verbal authorizations to enter the electronic signature below.

Dated: July 28, 2009                                      LAW OFFICES OF ELENA CONDES

                                                                               /s/
                                                      Elena Condes, Attorney for Defendant,
JAIME FLORES

Dated: July 28, 2009                                      LAWRENCE G. BROWN
Acting United States Attorney

                                                                               /s/
By: Jason Hitt,
Assistant United States Attorney

Dated: July 28, 2009                                      JAN DAVID KAROWSKY, P.C.

                                                                               /s/

|   |   |
|---|---|
|   | Jan David Karowsky, Attorney for Defendant, ARMANDO PEREZ |
| Dated: July 28, 2009 | LAW OFFICES OF J. TONEY |
|   |   |
|   | /s/ |
|   | J. Toney, Attorney for Defendant, NARCISCO MARTINEZ |
|   |   |
| Dated: July 28, 2009 | LAW OFFICES OF DANIEL DAVIS |
|   |   |
|   | /s/ |
|   | Daniel Davis, Attorney for Defendant, Guadalupe Gutierrez |

**ORDER**

Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

The Status Conference in the above-entitled case is continued to October 27, 2009, at 9:15 a.m. and that the time between August 4, 2009, and October 27, 2009, is excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161 (h)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: July 30, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation to Continue Status Conference          3