**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,           )<br>                                                        )<br>          Plaintiff,                         )<br>                                                        )<br>     vs.                                            )<br>                                                        )<br>Armando Perez, et.al.,                )<br>                                                        )<br>          Defendant                       )<br>                                                        )<br>                                                        )<br>_____)  | Case No.: Cr.S-08-0292-LKK<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   October 27, 2009<br>TIME:    9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

**Good Cause Appearing,** the Status Conference now set for October 27, 2009 at 9:15 a.m. is continued to December 8, 2009 at 9:15 a.m..  Time is excluded from October 27, 2009, through and including December 8, 2009 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) [reasonable time to prepare] and Local Code T4.

Dated:   October 23, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -