**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-0292-LKK |
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| Armando Perez, et.al., | DATE:   December 8, 2008 |
| Defendant | TIME:   9:15 a.m. |
| | JUDGE: Hon. Lawrence K. Karlton |

**GOOD CAUSE APPEARING,** the Status Conference, now set for December 8, 2009 at 9:15 a.m. is continued to January 26, 2010 at 9:15 a.m..  Time is excluded from December 8, 2009 through and including January 26, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

- 1 -

- 2 -

1  **IT IS SO ORDERED.**

3  Dated:     December 3, 2009

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

- 2 -