```
1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   GUADALUPE GUTIERREZ
6

7
              IN THE UNITED STATES DISTRICT COURT
8
          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF         )  CR. NO. S-08-292
    AMERICA,                 )
11                           )  ORDER
              Plaintiff,     )
12                           )
                             )  DATE: January 26th, 2010
13       v.                  )  TIME: 9:15 a.m.
                             )  COURT: Hon. Lawrence K. Karlton
14  ARMANDO VASQUEZ PEREZ,   )
    JAIME FLORES, NARCISCO   )
15  MARTINEZ, and            )
    GUADALUPE GUTIERREZ,     )
16                           )

17
                 Defendants.
18
19  _____
20
```

21                              **ORDER**

22  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference

23  currently set for January 26th, 2010, be vacated and a new status

24  conference be scheduled on March 16th, 2010 at 9:15 a.m., and that

25  time is excluded under Local Code T-4, Title 18, United States

26  Code section 3161(h)7)(B)(iv), to allow counsel reasonable time to

27  review discovery and for effective preparation.  The Court also

28

1  finds that the ends of justice served by granting this continuance
2  outweigh the best interests of the public and the defendant in a
3  speedy trial.  18 U.S.C. § 3161(h)(7)(A)
4
5
6  DATED:     January 25, 2010
7
8
9  _____
   LAWRENCE K. KARLTON
10 SENIOR JUDGE
   UNITED STATES DISTRICT COURT

2