**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-0292-LKK |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE: MODIFICATION OF PRETRIAL RELEASE CONDITION TO GRANT PERMISSION TO ARMANDO PEREZ TO TRAVEL TO MEXICO** |
| vs. | |
| Armando Perez, et.al., | |
| Defendant | **JUDGE:  Hon. Gregory G. Hollows**<br>               United States Magistrate Judge |

## FACTS

Armando Perez was released on Pre-Trial release with conditions, in the above-captioned action, on July 3, 2008.  He was released on that date prior to the posting of a $150,000.00 secured bond, with the agreement of the government.  He has been out of custody for the past 19 months and has complied fully with all of the terms and conditions of pre-trial release.

He needs permission to leave the country to go to Mexico from February 11 through February 17, 2010.   He has been in a committed relationship with a young woman, Martha

Villa, whose parents live in Mexico. It is the intention of Mr. Perez and his fiancé, Ms. Villa, to live together, for the time being, in the home of Mr. Perez's parents, where he currently is living.

Ms. Villa's parents are very traditional and proud parents who have lived all their lives in Mexico. To have their daughter live with Mr. Perez prior to marriage is a "modern" occurrence to which they are not accustomed which is generally against their traditions and morals. However, they have indicated they would consent to this arrangement after having personally met Mr. Perez and his father.

Therefore, Mr. Perez plans to travel to Mexico with his father and Ms. Villa in order to meet his fiancés' parents and ask for permission and their blessing to marry each other. This formal process is a very important step in the eventual union of Ms. Villa and Mr. Perez.

Mr. Perez has discussed the above trip and its purpose with his pretrial services officer who has no objection to it and agrees with it.

The reason Ms. Villa is moving into Mr. Perez's parents' home at this time is she lost one of her jobs and does not have the finances to fully support herself.

The following are the names, address, and phone numbers of Mr. Perez's future in laws, where he will be in Mexico:

Adan & Martha Villa
Address: *Redacted per local rule- AUSA & Pre-trial services officer have this address.*
Ahuisculco, Jalisco 45330

Cell phone numbers:

(01152) 1-384-103-2460

(01152) 1-384-104-1891

## STIPULATION

Plaintiff, United States, and Defendant Armando Perez, through their undersigned counsel, hereby stipulate and agree that condition number 4 of the "Special Conditions of

Release," restricting travel to the Eastern District of California without prior consent of the pretrial services officer, is hereby modified to allow Mr. Perez to travel to Ahuisculco, Jalisco, Mexico between the dates of February 11 and February 17, 2010.

**IT IS SO STIPULATED.**

DATED:      February 5, 2010                BENJAMIN B. WAGNER
                                            United States Attorney

                                            By  /s/ Jason Hitt

                                            Jason Hitt
                                            Assistant U.S. Attorney
                                            by Jan Karowsky


DATED:      February 5, 2010                JAN DAVID KAROWSKY
                                            Attorney at Law
                                            A Professional Corporation

                                            By  /s/ Jan Karowsky

                                            JAN DAVID KAROWSKY
                                            Attorney for Defendant
                                            Armando Perez


**IT IS SO ORDERED.   Good Cause Appearing,** it is hereby ordered that condition number 4 of the "Special Conditions of Release," restricting travel to the Eastern District of California without prior consent of the pretrial services officer is hereby modified to allow Mr. Perez to travel to Ahuisculco, Jalisco, Mexico between the dates of February 11 and February 17, 2010.

Dated: February 5, 2010            /s/ Gregory G. Hollows
                                   _____
                                   **GREGORY G. HOLLOWS**
                                   United States Magistrate Judge

Perez292.trav