IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,             CR. NO. S-08-0292 LKK (GGH)

     vs.             <u>ORDER</u>

ARMANDO PEREZ,

     Defendant.
_____/

     In connection with the order filed February 8, 2010, permitting Armando Vasquez Perez to travel outside the district, i.e., to Mexico during the dates of February 11 - February 17, 2010, the pretrial condition precluding acquisition of a passport or other travel documents is also modified/lifted for the sole purpose of permitting the aforementioned travel to Mexico as detailed in the previous order.

DATED: 02/08/2010            /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

perez.lift