1

**JAN DAVID KAROWSKY**
Attorney at Law
2   A Professional Corporation
California State Bar Number 53854
3   716 19th Street, Suite 100
Sacramento, CA 95811-1767
4   (916) 447-1134
(916) 448-0265 (Fax)
5

Attorney for Defendant
6   Armando Perez

7               UNITED STATES DISTRICT COURT

8       IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  United States of America,            )   Case No.:  Cr.S-08-0292-LKK (GGH)
                                         )
11              Plaintiff,               )   **ORDER**
                                         )
12          vs.                          )
                                         )
13  Armando Perez, et.al.,               )   **JUDGE:  Hon. Gregory G. Hollows**
                                         )              **United States Magistrate Judge**
14              Defendant                )
                                         )
15                                       )
                                         )
16                                       )
                                         )
17  _____     )

18

19          Based on the orders filed on February 8, 2010, permitting Armando Vasquez Perez to

20  travel outside the district, i.e., to Mexico during the dates of February 11 – February 17, 2010,

21  and permitting the acquisition of a passport by him specifically for that purpose, if a passport is

22  issued to defendant, he shall surrender said passport to U.S. Pre-Trial Services in Fresno,

23  California on the first working day following his return from Mexico.

24                                       /s/ Gregory G. Hollows

    Dated: February 12, 2010           _____
25
                                       United States Magistrate Judge
    Perez292.ord

                                    - 1 -