**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  ) | Case No.: Cr.S-08-0292-LKK |
| )  Plaintiff,   ) | **ORDER TO CONTINUE STATUS CONFERENCE** |
| vs.    ) | |
| Armando Perez, et.al.,   ) | DATE:   March 16, 2010 |
| Defendant   ) | TIME:   9:15 a.m. |
| ) | JUDGE:  Hon. Lawrence K. Karlton |

**Good Cause Appearing,** the Status Conference now set for March 16, 2010 at 9:15 a.m. is continued to May 11, 2010 at 9:15 a.m.. Time is excluded from March 16, 2010, through and including May 11, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) [reasonable time to prepare] and Local Code T4.

Dated:        3/8/2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -