**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-0292-LKK |
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| Armando Perez, et.al., | DATE:  May 11, 2010 |
| Defendant | TIME:  9:15 a.m. |
| | JUDGE:  Hon. Lawrence K. Karlton |

# ORDER

**Good Cause Appearing,** in that the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, the Status Conference, now set for May 11, 2010 at 9:15 a.m., is continued to July 13, 2010 at 9:15 a.m..  Time is excluded from May 11, 2010 through and including July 13, 2010 in the

- 1 -

1  interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and

2  Local Code T4.

3  **IT IS SO ORDERED.**

4  Dated:   **M**ay 11, 2010

5  _____
   LAWRENCE K. KARLTON
6  SENIOR JUDGE
   UNITED STATES DISTRICT COURT