**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Armando Perez,<br><br>　　　　Defendant | Case No.: Cr.S-08-0292-LKK<br><br>**DECLARATION OF JAN DAVID KAROWSKY IN SUPPORT OF REQUEST FOR EXONERATION OF BOND**<br><br>**ORDER EXONERATING BOND** |

I, Jan David Karowsky, do hereby declare:

I am the attorney of record for Defendant, Armando Perez, in the above-entitled case.

On July 13, 2010, upon entry of guilty pleas pursuant to a written plea agreement, by law, the Court remanded Armando Perez into custody pursuant to 18 U.S.C. § 3143(a)(2). Mr. Perez will remain in custody until he is sentenced.

I am informed and believe and thereon allege that bail in the above-entitled matter has not been exonerated pursuant to Federal Rules of Criminal Procedure, Rule 46(g).

Bail had been previously set in the amount of $150,000.00 and was secured by a deed of trust on real property.

I am informed and believe and thereon allege that there was no forfeiture of any of the bail in this matter and all conditions for exoneration of the real property pledged in this matter have been met. Therefore, I hereby request the Court exonerate the bond and order that reconveyance be undertaken forthwith on the below described piece of real property:

Lot 38 in block 9200 of Cape Cod Estates No. 7 according to the official map thereof filed in the Office of the Recorder of Stanislaus County California on June 24, 1987 in Book 31 of Maps at page 97.  Assessors Parcel Number :  056-070-037

Said real property is owned by Silvano Vasquz and Martha Vasquez.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 19, 2010 at Sacramento, California.

/s/ Jan Karowsky
Jan David Karowsky
Attorney for Defendant
Armando Perez

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | Case No.: Cr.S-08-00292-LKK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER EXONERATING BOND** |
| Armando Perez, | ) | |
| Defendant | ) | |

**IT IS HEREBY ORDERED** that the appearance bond posted by Silvano Vasqeuz and Martha Vasquez, and secured by a Deed of Trust to real property located in the County of Stanislaus, in the above-entitled matter, in the amount of $150,000.00 is hereby exonerated; the Clerk of this Court forthwith shall provide a Deed of Reconveyance of the Stanislaus County property securing the bond to the sureties/trustors at the following mailing address: Silvano Vasquez and Martha Vasquez, 1013 Pelham Place, Modesto, CA 95358.

Dated: **July 19, 2010**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -